IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
         )
v.          )  CASE NO.: 3:25-cr-00613-ECM-SMD
         )
DAVID MARK GOINS, JR.     )

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and has entered a plea of guilty to Count(s) 1, 2, 3, 4 and 6 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the Defendant entered the plea of guilty knowingly and voluntarily and there is a factual basis for the plea. I therefore recommend that the plea of guilty be accepted.

Done this 3rd day of June, 2026.

STEPHEN M. DOYLE
CHIEF UNITED STATES MAGISTRATE JUDGE

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to the finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.